# Court of Appeals
# of the State of Georgia

ATLANTA,  July 24, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0181.  DANNY MITCHELL BOWMEN v. THE STATE.**

On May 20, 2014, we dismissed Danny Bowmen's application for interlocutory appeal as untimely. Bowmen has filed a motion for reconsideration and has provided documentation showing that his application was timely filed.  Therefore, we hereby GRANT Bowmen's motion for reconsideration.  The May 20, 2014, order dismissing his application is VACATED, and the application is REINSTATED.

After full consideration of the merits of Bowmen's application for interlocutory review, we hereby GRANT the application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/24/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*